355 U.S. 33
 78 S.Ct. 119
 2 L.Ed.2d 71
 Horace BANTA, Trustee of the Property of the New Jersey and New York Railroad Company, appellant,
v.
UNITED STATES of America and Interstate Commerce Commission.
 No. 430.
 Supreme Court of the United States
 November 12, 1957
 
 Messrs. Richard Swan Buell and Justin W. Seymour, for appellant.
 Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, W. Louise Florencourt, Robert W. Ginnane and B. Franklin, Taylor, Jr., for the United States and Interstate Commerce Commission.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed.
 
 
 2
 Mr. Justice BRENNAN took no part in the consideration or decision of this case.